No. 02–6550. IN RE DORSEY. Petition for writ of mandamus denied.

No. 02–6431. IN RE WILSON. Petition for writ of mandamus and/or prohibition denied.

No. 02–258. JINKS *v.* RICHLAND COUNTY, SOUTH CAROLINA. Sup. Ct. S. C. Certiorari granted.

No. 01–1649. CHAMBER OF COMMERCE OF THE UNITED STATES *v.* LANDRUM. Sup. Ct. Miss. Certiorari denied.